AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

ALAMAYEHU GETACHEW,

        Plaintiff,

vs.

**JUDGMENT IN A CIVIL CASE**

CENTRAL OHIO TRANSIT AUTHORITY,

        Defendant.

CASE NO.  C2-11-860
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed May 3, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: May 3, 2012

JAMES BONINI, CLERK

/S/ Andy F. Quisumbing
(By) Andy F. Quisumbing
Courtroom Deputy Clerk